**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000572
26-JUN-2024
08:05 AM
Dkt. 61 OCOR

NO. CAAP-20-0000572

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHRISTINE DEAN, Appellant-Appellant, v.
DEPARTMENT OF HUMAN SERVICES ADULT PROTECTION SERVICES,
Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC191001357)

ORDER OF CORRECTION
(By: Leonard, Acting Chief Judge)

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on June 25, 2024, is corrected by adding to the top of each page of the Summary Disposition Order the verbiage "NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER".

The Clerk of the Court is directed to incorporate the foregoing change in the original summary disposition order.

DATED: Honolulu, Hawaiʻi, June 26, 2024.

FOR THE COURT:

/s/ Katherine G. Leonard
Associate Judge